458 A.2d 282

Commonwealth v. Campbell, Appellant.

Petition for Allowance of Appeal
Denied Sept. 30, 1983.

Argued May 26, 1982.

Gwanita G. Hester, Assistant Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.